BRODSKY & SMITH, LLC
Evan J. Smith (SBN 242352)
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Tel.: (877) 534-2590
Fax: (310) 247-0160
esmith@brodsky-smith.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ARTHUR ACEVEDO, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> AARON BROTHERS, INC. <br><br> Defendants. | Docket No.: 2:10-cv-2816-AHM-(MANx) <br><br> **ORDER TO DISMISS INDIVIDUAL CLAIMS WITH PREJUDICE** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice as to the named Plaintiff Arthur Acevedo only. Said dismissal shall not have any affect on any absent class member of the alleged putative class.

    IT IS SO ORDERED.

Dated: January 04, 2011

                                               HONORABLE HOWARD A. MATZ
                                               UNITED STATES DISTRICT COURT

**JS-6**